IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MARKITA KING,

        Plaintiff

VS.                    NO: 5:12-CV-101 (MTT)

Sergeant JOSEPH HARPER,

                               **ORDER**

        Defendant

On March 26, 2012, Plaintiff **MARKITA KING**, an inmate at Pulaski State Prison in Hawkinsville, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. (Doc. 1).

Plaintiff also sought leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). (Doc. 2). However, Plaintiff failed to include a certified copy of her prisoner trust fund account statement. Therefore, in an Order dated March 29, 2012, the United States Magistrate Judge ordered her to provide the Court with a copy of this statement. (Doc. 6). She failed to do so. On April 25, 2010, Plaintiff was ordered to show cause to the Court why her case should not be dismissed for failure to comply with the Court's instructions. Plaintiff was given until May 9, 2012 to respond to the Order to Show Cause. Plaintiff has failed to respond.

Because of her failure to comply with the Court's instructions, Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 16th day of May, 2012.

                                     S/ Marc T. Treadwell
                                     MARC T. TREADWELL, JUDGE
                                     UNITED STATES DISTRICT COURT